IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY PAUL VIOLETTE and BARBARA A. VIOLETTE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:26-cv-64-BL-JTA ) |
| CARRINGTON MORTGAGE SERVICES, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiffs' Motion to Remand to the Covington County Alabama Circuit Court (Doc. No. 5) filed on February 4, 2026. Accordingly, it is ORDERED as follows:

1. On or before **February 25, 2026**, Defendants shall show cause in writing as to why Plaintiffs' motion should not be granted.

3. Plaintiffs shall file a reply on or before **March 6, 2026**.

4. Plaintiffs are ADVISED to specifically address the issues raised in Defendants' response and state why their motion should be granted. Plaintiffs are CAUTIONED that should they fail to comply with this Order, the Magistrate Judge will recommend that their complaint be dismissed.

Upon the filing of the reply brief, the motion will be deemed under submission and

no further briefs will be permitted absent leave of court.

DONE this 4th day of February, 2026

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE