IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY PAUL VIOLETTE and BARBARA A. VIOLETTE,  )<br><br>   Plaintiffs,  )<br><br>v.  )<br><br>CARRINGTON MORTGAGE SERVICES, LLC, et al.,  )<br><br>   Defendants.  ) | CASE NO. 2:26-cv-64-BL-JTA |

## **ORDER**

Before the court is Defendant Carrington Mortgage Services, LLC's Motion to Dismiss (Doc. No. 6) filed on February 4, 2026. Accordingly, it is ORDERED as follows:

1.  On or before **February 25, 2026**, Plaintiffs shall show cause in writing as to why Defendant's motion to dismiss should not be granted.

2.  Plaintiffs are specifically ADVISED to address the issues raised by Defendant in the motion to dismiss and state why this case should not be dismissed. Plaintiffs are CAUTIONED that should they fail to show cause why Defendant's motion to dismiss should not be granted <u>or</u> fail to comply with this Order, the Magistrate Judge will recommend that their complaint be dismissed.

3.  Defendant shall file a reply on or before **March 4, 2026**.

Upon the filing of the reply brief, the motion will be deemed under submission and

no further briefs will be permitted absent leave of court.

DONE this 4th day of February, 2026

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE