IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY PAUL VIOLETTE and BARBARA A. VIOLETTE, <br><br>  Plaintiffs, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC, et al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CASE NO. 2:26-cv-64-BL-JTA |

## ORDER

Before the court is the Notice of Removal filed by Defendant Carrington Mortgage Services, LLC filed on January 28, 2026. (Doc. No. 1.) In it, Defendant Carrington Mortgage states Defendants Ted Ray and Brett Wilbur have not been properly served. (*Id*. at 2–3.)[1] Accordingly, it is

ORDERED that **on or before April 28, 2026,**[2] Plaintiff shall serve Defendants Ted Ray and Brett Wilbur.

DONE this 10th day of February, 2026.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] There are signed return receipt cards for Defendants Ray and Wilbur. (Doc. No. 1-1 at 28, 57.) But, Defendant Carrington Mortgage states the complaint and summonses for Defendants Ray and Wilbur were delivered to its address. (Doc. No. 1 at 3 n. 2.) Thus, Defendants Ray and Wilbur have not been properly served. *See* Fed. R. Civ. P. 4(e).

[2] Plaintiffs have 90 days from the date of removal to serve Defendants Ray and Wilbur. *See* Fed. R. Civ. P. 4(m); *Wilson v. Hearos, LLC*, 128 F.4th 1254, 1263 (11th Cir. 2025) ("Federal Rule 4(m) gave [plaintiff] 90 days from the date of removal to perfect service onto [defendant]").