# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GREGORY PAUL VIOLETTE,** and **BARBARA A VIOLETTE,** )<br><br>)<br>**Plaintiffs,** )<br><br>**v.** )<br><br>**CARRINGTON MORTGAGE SERVICES, LLC, SHIRLEY CARRINGTON, JOHN DOE ONE, BRETT WILBUR, JOHN DOE TWO, TED RAY, JOHN DOE THREE,** )<br><br>**Defendants.** ) | **Civil Action No.: 2:26-cv-00064**<br><br>**Removed from the Circuit Court of Covington County, Alabama, Case No.: 23-CV-2025-900180** |

**DECLARATION OF JON PATTERSON IN SUPPORT OF CARRINGTON MORTGAGE SERVICES LLC's MOTION TO QUASH SUMMONS**

I, Jon Patterson, declare as follows:

1.      I am over the age of eighteen years old, and an attorney licensed to practice law in the State of Alabama.

2.      I am a partner at Bradley Arant Boult Cummings LLP ("Bradley"). I can attest that I am authorized to submit this declaration based upon my personal knowledge and on behalf of Bradley.

3.      I serve as counsel for Carrington Mortgage Services, LLC ("Carrington") in the above captioned matter. I am submitting this declaration in support of Carrington's Motion to Quash Summons.

1

4.      I am not personally authorized to accept service on behalf of Ted Ray or Brett Wilbur.

5.      I further attest that neither Bradley nor any of its employees are authorized to accept service on behalf of Ted Ray or Brett Wilbur.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of March, 2026, in Birmingham, Alabama.

 

Jon Patterson, Partner
BRADLEY ARANT BOULT CUMMINGS LLP

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, this pleading was e-filed and further that I served a copy of the foregoing via first-class U.S. Mail, postage prepaid, to the following:

Gregory Paul Violette
Barbara A Violette
19992 Airport Road
Andalusia, AL 36421

*Pro se Plaintiffs*


*/s/ Jon Patterson*
OF COUNSEL