IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY PAUL VIOLETTE and )
BARBARA A. VIOLETTE, )
 )
    Plaintiffs, )
 )
v. )        CASE NO. 2:26-cv-64-BL-JTA
 )
CARRINGTON MORTGAGE )
SERVICES, LLC, et al., )
 )
    Defendants. )

## **ORDER**

Before the court is Defendant Carrington Mortgage Services, LLC's Motion to Quash Service of Summons. (Doc. No. 19.) Accordingly, it is ORDERED as follows:

1.      On or before **April 13, 2026**, Plaintiffs shall show cause in writing as to why Defendant's motion to quash should not be granted.

2.      Plaintiffs are specifically ADVISED to address the issues raised by Defendant in the motion and state why Defendants Wilbur and Ray should not be dismissed from this action. Plaintiffs are CAUTIONED that should they fail to show cause why Defendant's motion should not be granted <u>or</u> fail to comply with this Order, the Magistrate Judge will recommend that Defendants Wilbur and Ray be dismissed from this action.

3.      Defendant shall file a reply on or before **April 20, 2026**.

Upon the filing of the reply brief, the motion will be deemed under submission and

no further briefs will be permitted absent leave of court.

DONE this 24th day of March, 2026

_____

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE