IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY PAUL VIOLETTE and BARBARA A. VIOLETTE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:26-cv-64-BL-JTA |
| CARRINGTON MORTGAGE SERVICES, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

## **<u>ORDER</u>**

This case has been referred to the undersigned for consideration and disposition or recommendation on all pretrial matters as may be appropriate. (Doc. No. 4.) The Federal Rules of Civil Procedure grants a district court discretion to consolidate actions or to "issue any other orders to avoid unnecessary cost or delay" when multiple actions before it "involve a common question of law or fact." Fed. R. Civ. P. 42(a). The complaints in this case and *Violette, et al. v. Carrington Mortgage Services, LLC, et al.*, Case No. 2:26-cv-200-MHT-JTA, concern the same underlying property and name nearly identical Defendants.[1] In both cases, Plaintiffs allege Defendant Carrington violated various federal laws during and after the execution of Plaintiffs' mortgage.

Accordingly, and for good cause, it is ORDERED that, **on or before June 5, 2026,** Plaintiffs and Defendant Carrington shall SHOW CAUSE why this case should not be

---

[1] In each case, Defendant Carrington is the only Defendant that has appeared.

consolidated with *Violette, et al. v. Carrington Mortgage Services, LLC, et al.*, Case No. 2:26-cv-200-MHT-JTA.

**Failure to comply with this order may result in a recommendation of dismissal with or without prejudice for failure to prosecute and failure to comply with court orders.**

The Clerk of the Court is DIRECTED to provide a copy of this order to Plaintiffs by regular mail and by certified mail, return receipt requested.

DONE this 15th day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE