IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY PAUL VIOLETTE and<br>BARBARA A. VIOLETTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CV-00064-BL-JTA |
| | ) | |
| CARRINGTON MORTGAGE<br>SERVICES, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 29, 2026, the Magistrate Judge recommended that the court deny the Plaintiffs' Motion to Remand (doc. 5) this case to the Circuit Court of Covington County, Alabama. (Doc. 28). The Magistrate Judge set the deadline for the Plaintiffs to file objections to the recommendation on July 13, 2026. (Doc. 28). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Plaintiffs' Motion to Remand (doc. 5) is **DENIED**; and

2. This matter is referred to the Magistrate Judge for further determination and recommendation as may be appropriate.

**DONE** and **ORDERED** on this the 16th day of July, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE